# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 438 EAL 2015
:
Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
:
WILLEY ORTIZ, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Mr. Justice Eakin and Madame Justice Donohue did not participate in the consideration or decision of this matter.